*Mr. Frank M. Gray,* for Relatrix.

---

No. 5,942.—STATE, RESPONDENT, *v.* M. W. PADDOCK, Appellant.

*Appeal from District Court, Custer County.*

Decided June 28, 1926.

PER CURIAM.—Pursuant to stipulation of counsel, the appeal in the above-entitled action is dismissed.

*Mr. R. B. Hayes,* for Appellant.

*Mr. L. A. Foot,* Attorney General, and *Mr. Rudolph Nelstead,* County Attorney, for the State.